DEE SHERIFF-MACDONALD (0025443)
JUDD R. UHL (0071370)
ATTORNEYS FOR DEFENDANT, CLINTON
MEMORIAL HOSPITAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Paul Thomas Wilkinson, II, Minor, et al.,** | : | CASE NO.: C-1-01-288 |
| Plaintiffs | : | Judge Beckwith; Magistrate Sherman |
| vs. | : | NOTICE OF NAME CHANGE OF TRIAL COUNSEL FOR DEFENDANT, CLINTON MEMORIAL HOSPITAL |
| **Kathryn Jean Fauley, M.D., et al.** | : | |
| Defendants. | : | |

Please take notice that trial counsel for Defendant, Clinton Memorial Hospital, Dee Catherine Sheriff has changed her name to Dee Sheriff-MacDonald. Kindly change your service list to reflect this change.

Respectfully submitted,

_____
Dee Sheriff-MacDonald   (0025443)
Judd R. Uhl  (0071370)
FREUND, FREEZE & ARNOLD
105 E. Fourth Street
Suite 1400
Cincinnati, OH  45202
(513)  665-3500
(513)  665-3503
Attorneys for Defendant, Clinton Memorial Hospital

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of the foregoing has been sent to the following counsel/individuals via regular US Mail on this 9TH day of January, 2004:

**Anne H. Pankratz, Esq., Mark B. Hutton, Esq., and Anne M. Hull, Esq.**; Attorneys for Plaintiffs; Hutton & Hutton, 8100 East 22nd Street North, Building 1200, P.O. Box 638, Wichita, KS 67201-0638; and

**Stanley Chesley, Esq., James Cummins, Esq., and Renee Infanté, Esq.**; Attorney for Plaintiffs; Waite, Schneider, Bayless & Chesley, 1513 Fourth & Vine Tower, Cincinnati, OH 45202; and

**Maryellen Spirito, Esq.**; Attorney for Defendant Fauley; Arnold & Associates, 115 W. Main Street, Suite 200, Columbus, OH 43215-5085; and

**Brian Goldwasser, Esq.**; Attorney for Defendant Merling; Reminger & Reminger, Federated Building, Suite 1990, 7 West Seventh Street, Cincinnati, OH 45202; and

**Daniel J. Buckley, Esq.**, Of Counsel for Defendant, Clinton Memorial Hospital, Vorys, Sater, Seymour & Pease, Suite 2100, Atrium Two, 221 East Fourth Street, Cincinnati, OH 45201-0236.

                                                    _____
                                                    Dee Sheriff-MacDonald
                                                    Judd R. Uhl