IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Paul Thomas Wilkinson, II, a minor, et al.**: | | Case No.: C-1-01-288 |
| **Plaintiffs** | : | **Judge Beckwith** |
| | | **Magistrate Sherman** |
| vs. | : | |
| **Kathryn Jean Fauley, M.D., et al.** | : | NOTICE OF APPEARANCE |
| **Defendants.** | : | |

Please take notice of the appearance of Renée A. Infante, Esq. of the law firm of Waite, Schneider, Bayless & Chesley Co., L.P.A., appearing with Stanley M. Chesley, Esq. and James R. Cummins, Esq. of that firm as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

Mark B. Hutton, Esq.
Anne H. Pankratz, Esq.
HUTTON & HUTTON
8100 East 22nd Street North Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
(316) 688-1166

and

/s/ Renée A. Infante
Renée A. Infante, Esq.
James R. Cummins, Esq.
Stanley M. Chesley, Esq.
WAITE, SCHNEIDER, BAYLESS &
 CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 621-0267

COUNSEL FOR PLAINTIFFS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed with the Court and thus served via Court e-mail and regular U.S. mail this 12th day of January 2004 to all counsel of record.

                                        /s/ Renée A. Infante  
                                        Counsel for Plaintiffs