IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL THOMAS WILKINSON, II, a minor, by and through JOYCE RAE FENDALL WILKINSON, his mother, natural guardian and next friend; and JOYCE RAE FENDALL WILKINSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. C-1-01288<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUGGESTION OF DEATH

Mark B. Hutton, Anne H. Pankratz, and Anne M. Hull, as counsel for plaintiffs, suggest upon the record, pursuant to Rule 25(a)(1), the death of minor plaintiff Paul Thomas Wilkinson II during the pendency of this action.

A copy of the obituary for Paul Thomas Wilkinson II is attached hereto for the Court's reference.

An estate will be opened in the near future and, once accomplished, a Motion for Substitution will follow.

Respectfully submitted,

*/s/ Mark B Hutton*

Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
J. Darin Hayes (Kansas Bar# 16755)

-and-

---

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (fax)
www.huttonlaw.com

James R. Cummins (Ohio Bar# 0000861)
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 381-2121
Facsimile: (513) 381-2125

-and-

Stanley M. Chesley (Ohio Bar# 0000852)
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262

*Attorneys for Plaintiffs*

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was mailed, postage prepaid and properly addressed, on this 14th day of January, 2004, to:

*Local Counsel for Plaintiffs:*

James R. Cummins
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Fax: (513) 381-2125

Stanley M. Chesley
Renee Infante
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Fax: (513) 621-0262

*Attorneys for Defendant Kathryn Jean Fauley, M.D.:*

Gayle E. Arnold
Maryellen C. Spirito
ARNOLD & ASSOCIATES
115 West Main Street, Suite 200
Columbia, OH 43215-5085
Phone: (614) 224-1800
Fax:     (614) 224-2744

*Attorneys for Defendant Mary A. Haneberg Merling, M.D.*

Brian D. Goldwasser
REMINGER & REMINGER CO., LPA
7 W. 7th Street, Suite 1990
Cincinnati, OH 45202
Phone: (513) 721-1311
Fax:     (513) 721-2553

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (fax)
www.huttonlaw.com

***Attorneys for Defendant Clinton Memorial Hospital:***

Dee Sheriff-MacDonald
FREUND, FREEZE & ARNOLD
105 E. 4th, Suite 1400
Cincinnati, OH 45202
Phone: (513) 665-3500
Fax:    (513) 665-3503

Daniel J. Buckley
VORYS, SATER, SEYMOUR & PEASE
221 East 4th Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 723-4000
Fax:    (513) 852-8441

*[signature: Mark B. Hutton]*

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (fax)
www.huttonlaw.com



**OregonLive.com**
Everything Oregon

## Paul Thomas Wilkinson II

01/08/04

A memorial service will be at 4 p.m. Thursday, Jan. 8, 2004, in West Chehalem Friends Church in Newberg for Paul Thomas Wilkinson II, who died Jan. 4 of cerebral palsy at age 9.

Paul was born Aug. 20, 1994, in Wilmington, Ohio. He lived in Kansas and North Carolina before moving in 2000 to Dundee, where he was a third-grade student at Dundee Elementary School. He liked music and Hot Wheels.

Survivors include his parents, Paul T. and Joyce; brother, Christopher; sisters, Kaitlyn and Jocelyn; grandparents, Lon and Raelene Fendall and Paul D. and Bev Wilkinson; and great-grandparents, Clayton and Dorothy Barnes and Ida Wilkinson.

Remembrances to Dundee Elementary School Life Skills Classroom. Arrangements by Attrell's Newberg.

Copyright 2004 Oregon Live. All Rights Reserved.