IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**PAUL THOMAS WILKINSON, II, ET AL.** :
:
　　　　Plaintiffs, :
: **Case No. C-1-01288**
　　vs. :
: **Judge Beckwith**
**KATHRYN JEAN FAULEY, M.D.,** : **Magistrate Sherman**
**ET AL.,** :
:
　　　　Defendants. :

### NOTIFICATION OF CHANGE OF ADDRESS, TELEPHONE AND TELECOPIER NUMBERS

Now come Gayle E. Arnold and Maryellen C. Spirito, counsel for Defendant, Kathryn J. Fauley, M.D., and notify this Honorable Court of the change of their office address, telephone and telecopier numbers, effective **January 1, 2004**:

　　　　Gayle E. Arnold  (0022068)
　　　　Maryellen C. Spirito (0007617)
　　　　ARNOLD TODARO & WELCH
　　　　2075 Marble Cliff Office Park
　　　　Columbus, Ohio  43215
　　　　Telephone:  (614) 485-1800
　　　　Facsimile:   (614) 485-1944

　　　　ARNOLD TODARO & WELCH CO., L.P.A.


　　　　By:  /S/ Maryellen C. Spirito
　　　　　　Gayle E. Arnold  (0022068)
　　　　　　Maryellen C. Spirito  (0007617)
　　　　　　2075 Marble Cliff Office Park
　　　　　　Columbus, Ohio  43215
　　　　　　(614) 485-1800  TEL
　　　　　　(614) 485-1944  FAX
　　　　　　Counsel for Defendant,
　　　　　　Kathryn J. Fauley, M.D.

LAW OFFICES OF
ARNOLD TODARO & WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800 TEL
(614) 485-1944 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties or counsel of record via e-mail, this 26th day of January, 2004.

Anne H. Pankratz, Esq.
Mark B. Hutton, Esq.
Anne M. Hull, Esq.
HUTTON & HUTTON
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS  67201-0638
AND
Renee A. Infante, Esq.
James R. Cummins, Esq.
Stanley M. Chesley, Esq.
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth and Vine Tower
Cincinnati, Ohio  45202
Counsel for Plaintiff

Dee Sheriff-MacDonald, Esq.
Judd Uhl, Esq.
FREUND, FREEZE & ARNOLD
105 East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
AND
Daniel J. Buckley, Esq.
VORYS, SATER, SEYMOUR & PEASE
Suite 2100, Atrium Two
221 East Fourth Street
Cincinnati, Ohio  45201-0236
Counsel for Defendant,
Clinton Memorial Hospital

Brian D. Goldwasser, Esq.
REMINGER & REMINGER
Federated Building, Suite 1990
7 West Seventh Street
Cincinnati, Ohio  45202
Counsel for Defendant,
Mary A. Haneberg Merling, M.D.

/S/ Maryellen C. Spirito
Maryellen C. Spirito

LAW OFFICES OF
ARNOLD TODARO & WELCH
2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO  43215
(614) 485-1800  TEL
(614) 485-1944  FAX