UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul T. Wilkinson, et al.,
    Plaintiffs

v.                                Case No.  1:01-cv-288

Dr. Kathryn J. Fauley, et al.,
    Defendants

**ORDER**

       Due to the Court's current criminal calendar, the Final Pretrial Conference scheduled for February 20, 2004 and Trial scheduled for March 15, 2004 are **VACATED**.

       Therefore, a telephone conference is scheduled for Monday, March 15, 2004 at 10:00 a.m. for the purpose of rescheduling these dates. The Court will initiate the telephone call to counsel.

       **IT IS SO ORDERED**.

January 28, 2004                             s/Sandra S. Beckwith
Date                                          Sandra S. Beckwith
                                             United States District Judge