**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Paul T. Wilkinson, et al.,
    Plaintiffs

v().                                      Case No.  1:01-cv-288

Dr. Kathryn Fauley, et al.,
    Defendants

**NOTICE**

    Pursuant to a conference held March 15, 2004, the Final Pretrial/Settlement Conference is **RESCHEDULED** for October 18, 2004 at 9:00 a.m.  Trial is **RESCHEDULED** for November 1, 2004 at 1:00 p.m.

    All deadlines, i.e., motions in limine, trial briefs, etc., are to be calculated from these new dates.

March 16, 2004                               s/Mary Brown
Date                                           Mary Brown, 513.564.7520
                                                Case Manager to Judge Beckwith

To:    All Counsel