IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL THOMAS WILKINSON, II, a minor, by and through JOYCE RAE FENDALL WILKINSON, his mother, natural guardian and next friend; and JOYCE RAE FENDALL WILKINSON, individually,<br><br>     Plaintiffs,<br><br>vs.<br><br>KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL,<br><br>     Defendants. | Case No. C-1-01288<br><br>Judge Beckwith<br>Magistrate Black |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND
THE COMPLAINT AND CAPTION TO NOTE A CHANGE
IN CAPACITY AND TO ADD A WRONGFUL DEATH CLAIM
AND PLAINTIFF'S SUPPORTIVE MEMORANDUM**

COMES NOW plaintiff Joyce Rae Fendall Wilkinson and moves this Court for an order granting her leave to amend the caption and complaint to note her change in capacity from mother, natural guardian and friend of Paul Thomas Wilkinson, to her being the personal representative and administratrix of his estate in order to pursue his personal injury action as a survival action and to pursue a wrongful death claim. In support, plaintiff offers the following Memorandum and Brief.

Respectfully submitted,

/s/ Anne M. Hull
Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
HUTTON & HUTTON
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

*-and-*

James R. Cummins (Ohio Bar# 0000861)
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 381-2121
Facsimile: (513) 381-2125

*-and-*

Stanley M. Chesley (Ohio Bar# 0000852)
Renee A. Infante
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
*Attorneys for Plaintiffs*

## MEMORANDUM AND BRIEF

### *Nature of the Case*

This is a medical malpractice action. This court's jurisdiction is premised on diversity of citizenship. On May 10, 2001, plaintiff filed this action to pursue obstetrical, neonatal and hospital malpractice claims relating to the birth and neonatal care of her son, Paul Thomas Wilkinson. On January 4, 2004, the minor died. On April 27, 2004, Plaintiff Joyce Wilkinson was appointed personal representative of his estate and given letters of administration.

### *The Issue*

Whether plaintiff may be granted leave to amend the complaint to note her change in capacity from Paul Wilkinson's mother, natural guardian and next friend to her being the personal representative and administratrix of his estate, so that she may pursue a survival claim and wrongful death claim.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

*Introduction: Defendants Do not Oppose Plaintiff's Motion*

Pursuant to S.D. Ohio Civ. R. 7.3(a)(b), counsel for plaintiff conferred with counsel for defendants Fauley, Merling and Clinton Memorial Hospital to seek their respective positions as to this motion. All counsel advised they did not oppose plaintiff's motion and further advised they would file no responsive memoranda in opposition. Accordingly, plaintiff submits herewith a proposed Agreed Order for the Court's review and also submits a proposed amended Complaint.

*The Law Governing Leave to Amend*

Only when a proposed amendment is frivolous, dilatory, advances a claim or defense that is legally insufficient, or is prejudicial or futile, may the trial court deny leave to amend. *Forman v. Davis,* 371 U.S. 178, 182 (1962) (holding that the futility of amendment may be a basis for refusing to grant leave to amend). Generally, the Sixth Circuit is very liberal in permitting amendments. *U.S. ex rel. American Textile Mfrs. Institute,* 179 F.R.D. 541, 550 (S. D. Ohio 1998). An order denying a Fed.R.C.iv.Pro.15(a) motion to amend is reviewed for abuse of discretion. *General Elec. Co. v. Sargent & Lundy*, 916 F.2d 1119, 1130 (6th. Cir. 1990).

Plaintiff's motion is the type contemplated with the above liberality. The trial is scheduled for November 2004. All parties have had informal notice of the minor's death and have understood the plaintiff would file the instant motion after his estate was opened and a personal representative was appointed. The defendants offer no opposition and there is no prejudice to the defendants.

Further, in addition to asserting a wrongful death claim, plaintiff's proposed amended complaint helps to narrow the issues for trial. In the proposed pleading, plaintiff has abandoned her spoliation of evidence, negligence per se, informed consent, and punitive damage claims. She is proceeding under pure negligence claims to support the survival and wrongful death claims.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

*Conclusion*

WHEREFORE, plaintiff prays that the Court grant her motion for leave to file the proposed Amended Complaint and for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Anne M. Hull
Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
HUTTON & HUTTON
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

*-and-*

James R. Cummins (Ohio Bar# 0000861)
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 381-2121
Facsimile: (513) 381-2125

*-and-*

Stanley M. Chesley (Ohio Bar# 0000852)
Renee A. Infante
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262

*Attorneys for Plaintiffs*

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 6th day of July, 2004, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

*Attorneys for Defendant Kathryn Jean Fauley, M.D.:*

Gayle E. Arnold
Maryellen C. Spirito
ARNOLD, TODARO & WELCH
115 West Main Street, Suite 200
Columbia, OH 43215-5085
Phone: (614) 224-1800
Fax: (614) 224-2744

*Attorneys for Defendant Mary A. Haneberg Merling, M.D.:*

Brian D. Goldwasser
REMINGER & REMINGER
7 W. 7th Street, Suite 1990
Cincinnati, OH 45202
Phone: (513) 721-1311
Fax: (513) 721-2553

*Attorneys for Defendant Clinton Memorial Hospital:*

Dee Sheriff-MacDonald
FREUND, FREEZE & ARNOLD
105 E. 4th, Suite 1400
Cincinnati, OH 45202
Phone: (513) 665-3500
Fax: (513) 665-3503

Daniel J. Buckley
VORYS, SATER, SEYMOUR & PEASE
221 East 4th Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 723-4000
Fax: (513) 852-8441

           /s/ Renee A. Infante

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com