IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL THOMAS WILKINSON, II, a minor, by and through JOYCE RAE FENDALL WILKINSON, his mother, natural guardian and next friend; and JOYCE RAE FENDALL WILKINSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL,<br><br>Defendants. | )<br>)<br>) Case No. C-1-01288<br>)<br>) Judge Beckwith<br>) Magistrate Black<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER ALLOWING PLAINTIFFS' MOTION FOR LEAVE
TO AMEND THE COMPLAINT AND CAPTION TO NOTE A CHANGE
IN CAPACITY AND TO ADD A WRONGFUL DEATH CLAIM**

NOW on this _____ day of _____, 2004, this matter comes before the Court upon Plaintiffs' Motion for Leave to Amend the Complaint and Caption to Note a Change in Capacity and to Add a Wrongful Death Claim. By signature below, the parties advise the Court that they have no objection to the same.

WHEREFORE, it is hereby ordered that plaintiffs are allowed to file their proposed Amended Complaint. Additionally, the case caption is hereby changed as shown on the Amended Complaint.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

*Approved by:*

HUTTON & HUTTON


By /s/ Anne M. Hull
   Anne H. Pankratz (Kansas Bar# 12941)
   Mark B. Hutton (Kansas Bar# 10112)
   Anne M. Hull (Kansas Bar# 14436)
   *Attorneys for Plaintiffs*

ARNOLD, TODARO & WELCH


By /s/ Maryellen C. Spirito
   Gayle E. Arnold
   Maryellen C. Spirito
   *Attorneys for Defendant Kathryn Jean Fauley, M.D.*

REMINGER & REMINGER


By /s/Brian D. Goldwasser
   Brian D. Goldwasser
   *Attorneys for Defendant Mary A. Haneberg Merling, M.D.:*

FREUND, FREEZE & ARNOLD


By /s/ Dee Sheriff-MacDonald
   Dee Sheriff-MacDonald
   *Attorneys for Defendant Clinton Memorial Hospital:*

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com