# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JOYCE RAE FENDALL WILKINSON,** :<br>**as Personal Representative and** :<br>**Administratrix of the ESTATE of** :<br>**PAUL THOMAS WILKINSON, II, ET AL.** :<br>: | **Case No. C-1-01288** |
| Plaintiffs, :<br>: | **Judge Beckwith**<br>**Magistrate Black** |
| vs. :<br>: | |
| : | **JURY TRIAL ENDORSED HEREON** |
| **KATHRYN JEAN FAULEY, M.D.,** :<br>**ET AL.,** :<br>: | DESIGNATION OF PLACE OF<br>TRIAL:  Cincinnati, Ohio |
| Defendants. : | |

## ANSWER OF DEFENDANT, KATHRYN JEAN FAULEY, M.D. TO PLAINTIFF'S AMENDED COMPLAINT

### GENERAL ALLEGATIONS

Now comes Defendant, Kathryn J. Fauley, M.D., by and through counsel, and for her Answer to Plaintiff's Amended Complaint, states as follows:

1.    This answering Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

2.    This answering Defendant is without information or knowledge sufficient to form a belief as to the truthfulness of the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint and, therefore, denies the same.

3.    In response to the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint, this answering Defendant denies a physician-patient relationship only insofar as there is no definition in the Amended Complaint of "at all pertinent

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX

times". This answering Defendant admits the remaining allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4. This answering Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint but only insofar as they may pertain to her specialty of obstetrics and gynecology.

5. In response to the allegations contained in Paragraphs 5, 6, 7, 8, 9, 10 and 11 of Plaintiff's Amended Complaint, this answering Defendant is without information or knowledge sufficient to form a belief as to the truthfulness of the allegations contained therein and, therefore, denies the same.

## STATEMENT OF FACTS

This answering Defendant incorporates by reference her responses to Paragraphs one through eleven (1-11) of Plaintiff's Amended Complaint as if fully rewritten herein.

6. In response to Paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 23 of Plaintiff's Amended Complaint, this answering Defendant admits that she rendered certain care and treatment to Plaintiffs as set forth in the medical and hospital records. Further answering, this answering Defendant is without information or knowledge sufficient to form a belief as to the truthfulness of all the remaining allegations contained in Paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 23 of Plaintiff's Amended Complaint and, therefore, denies the same.

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX

## COUNT I – CLAIM OF LIABILITY

This answering Defendant incorporates by reference her responses to Paragraphs one through twenty-three (1-23) of Plaintiff's Amended Complaint as if fully rewritten herein.

7.    In response to the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint, this answering Defendant states that she is without information or knowledge sufficient to form a belief as to the truthfulness of the allegations therein and, therefore, denies the same.

8.    In response to the allegations contained in Paragraphs 25 and 26 of Plaintiff's Amended Complaint, this answering Defendant denies each and every allegation set forth therein.

9.    In response to the allegations contained in Paragraphs 27, 28, 29, 30, 31 and 32 of Plaintiff's Amended Complaint, this answering Defendant is without information or knowledge sufficient to form a belief as to these allegations and, therefore, denies the same.

10.    This answering Defendant denies the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

## COUNT II – SURVIVAL CLAIM

This answering Defendant incorporates by reference her responses to Paragraphs one through thirty-three (1-33) of Plaintiff's Amended Complaint as if fully rewritten herein.

11.    This answering Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Amended Complaint.

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX

## COUNT III – WRONGFUL DEATH CLAIM

This answering Defendant incorporates by reference her responses to Paragraphs one through thirty-four (1-34) of Plaintiff's Amended Complaint as if fully rewritten herein.

12.    This answering Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Amended Complaint.

This answering Defendant denies each and every other allegation of Plaintiff's Amended Complaint not specifically admitted herein to be true.

## AFFIRMATIVE DEFENSES

13.    Plaintiff's Amended Complaint fails, in whole or in part, to state a claim against this answering Defendant upon which relief can be granted.

14.    Plaintiff's Amended Complaint is barred, in whole or in part, by the applicable statutes of limitations.

15.    Plaintiff and Plaintiff's decedent's injuries and damages, if any, which injuries and damages are specifically denied, were caused by third persons, parties or entities over which this answering Defendant had and could have had no control.

16.    Plaintiff has failed to join necessary and indispensable parties to this action.

17.    Plaintiff consented to the medical treatment provided and assumed the risks of the injuries and damages complained of, if any, which injuries and damages are specifically denied.

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX

18.    The injuries and damages alleged in Plaintiff's Amended Complaint, if any, were due to the superseding and/or intervening negligence of others and, therefore, Plaintiff's claims are barred and/or mitigated.

19.    Plaintiff's negligence caused or contributed to cause the injuries and damages alleged in Plaintiff's Amended Complaint, if any, thereby barring and/or mitigating the Plaintiff's claims.

20.    The damages and injuries alleged in Plaintiff's Amended Complaint, if any, were caused by naturally occurring medical events and/or conditions and not by reason of any negligence committed by this answering Defendant.

21.    This answering Defendant is entitled to a set-off of damages and/or limitation of damages pursuant to statute.

22.    Plaintiff has failed to obtain service and/or service of process upon this answering Defendant.

23.    This answering Defendant respectfully reserves the right to assert affirmative defenses if ongoing discovery reveals that such defenses are warranted.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, Defendant, Kathryn Jean Fauley, M.D., prays that Plaintiff's Amended Complaint be dismissed as against her with prejudice and that she recover fees and costs.

ARNOLD TODARO & WELCH CO., L.P.A.


By:  /S/ Maryellen C. Spirito
     Gayle E. Arnold  (0022068)
     Maryellen C. Spirito  (0007617)
     2075 Marble Cliff Office Park
     Columbus, Ohio  43215
     (614) 485-1800  TEL / (614) 485-1944  FAX
     Counsel for Defendant,
     Kathryn J. Fauley, M.D.

LAW OFFICES OF

ARNOLD TODARO
    & WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO  43215
(614) 485-1800  TEL
(614) 485-1944  FAX

## JURY DEMAND

Defendant, Kathryn J. Fauley, M.D., demands trial by jury of the within action.

/S/ Maryellen C. Spirito
Maryellen C. Spirito

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of July, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Anne H. Pankratz, Esq.
Mark B. Hutton, Esq.
Anne M. Hull, Esq.
HUTTON & HUTTON
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS  67201-0638
AND
James R. Cummins, Esq.
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202
AND
Stanley M. Chesley, Esq.
Renee A. Infante, Esq.
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth and Vine Tower
Cincinnati, Ohio  45202
Counsel for Plaintiff

Dee Sheriff-MacDonald, Esq.
FREUND, FREEZE & ARNOLD
105 East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
AND
Daniel J. Buckley, Esq.
VORYS, SATER, SEYMOUR & PEASE
221 East Fourth Street, Suite 2100
Cincinnati, Ohio  45202
Counsel for Defendant,
Clinton Memorial Hospital

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX

Brian D. Goldwasser, Esq.
REMINGER & REMINGER
Federated Building, Suite 1990
7 West Seventh Street
Cincinnati, Ohio  45202
Counsel for Defendant,
Mary A. Haneberg Merling, M.D.

<u>/S/ Maryellen C. Spirito</u>
Maryellen C. Spirito

LAW OFFICES OF

ARNOLD TODARO
& WELCH

2075 MARBLE CLIFF OFFICE PARK
COLUMBUS, OHIO 43215
(614) 485-1800  TEL
(614) 485-1944  FAX