IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOYCE RAE FENDALL WILKINSON, as Personal Representative and Administratrix of the ESTATE of PAUL THOMAS WILKINSON, II,  )<br>)<br>) | Case No. C-1-01288 |
| Plaintiff,  ) | Judge Beckwith |
|   ) | Magistrate Black |
| vs.  ) | |
| KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL,  )<br>)<br>) | |
| Defendants.  ) | |

## NOTICE OF SERVICE OF
## PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS

COMES NOW plaintiff and notifies the court that on the 27th day of August, 2004, plaintiff sent to the defendants by regular mail, postage prepaid and properly addressed, copies of the supplemental report of Dr. Jerome Sherman dated August 4, 2004, and the supplemental report of Dr. O. Carter Snead dated August 25, 2004.

Respectfully submitted,

s/Anne M. Hull
Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
HUTTON & HUTTON
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

*-and-*

James R. Cummins (Ohio Bar# 0000861)
BROWN, CUMMINS & BROWN
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 381-2121
Facsimile: (513) 381-2125

*-and-*

Stanley M. Chesley (Ohio Bar# 0000852)
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262

*Attorneys for Plaintiffs*

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2004, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

*Attorneys for Defendant Kathryn Jean Fauley, M.D.:*

Gayle E. Arnold
Maryellen C. Spirito
ARNOLD, TODARO & WELCH
115 West Main Street, Suite 200
Columbia, OH 43215-5085
Phone: (614) 224-1800
Fax:    (614) 224-2744

*Attorneys for Defendant Mary A. Haneberg Merling, M.D.:*

Brian D. Goldwasser
REMINGER & REMINGER
7 W. 7th Street, Suite 1990
Cincinnati, OH 45202
Phone: (513) 721-1311
Fax:    (513) 721-2553

*Attorneys for Defendant Clinton Memorial Hospital:*

Dee Sheriff-MacDonald
FREUND, FREEZE & ARNOLD
105 E. 4th, Suite 1400
Cincinnati, OH 45202
Phone: (513) 665-3500
Fax:    (513) 665-3503

Daniel J. Buckley
VORYS, SATER, SEYMOUR & PEASE
221 East 4th Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 723-4000
Fax:    (513) 852-8441

/s/ Renee A. Infante

HUTTON
& HUTTON

Tallgrass Exec. Park
8100 E. 22nd Street N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

(316) 688-1166
(316) 686-1077 (*fax*)
www.huttonlaw.com