IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOYCE RAE FENDALL WILKINSON, as Personal Representative and Administratrix of the ESTATE of PAUL THOMAS WILKINSON, II, | )<br>)<br>)   Case No. C-1-01288 |
| Plaintiff, | )<br>)   Judge Beckwith<br>)   Magistrate Black |
| vs. | )<br>) |
| KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## MOTION FOR ORDER EXCUSING JOYCE RAE FENDALL WILKINSON FROM APPEARING PERSONALLY AT FINAL PRETRIAL CONFERENCE

COMES NOW plaintiff and moves this Court for an order excusing her from appearing personally at the Final Pretrial Conference scheduled for Monday, October 18, 2004, beginning at 9:00 a.m. In support of this motion, plaintiff states as follows:

1.   Plaintiff's counsel has inquired of defense counsel as to whether they have any objection to Joyce Wilkinson not appearing personally at the Final Pretrial Conference. Counsel for defendant hospital has stated they have no opposition; defendant doctors have not voiced an objection.

2.   Joyce Wilkinson lives in Oregon, is a single mother of two, ages 7 and 11, and is the sole breadwinner for the family. It would create a hardship for her travel to Cincinnati for a hearing.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

3. If excused from personal appearance, Joyce Wilkinson will be available by telephone during the Final Pretrial Conference.

WHEREFORE, plaintiff respectfully request that the Court waive its requirement that she attend the Final Pretrial Conference and issue an order excusing Joyce Rae Fendall Wilkinson from appearing personally at the Final Pretrial Conference scheduled for Monday, October 18, 2004.

Respectfully submitted,

s/Mark B. Hutton
Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
HUTTON & HUTTON
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

-and-

Stanley M. Chesley (Ohio Bar# 0000852)
Renee Infante (Ohio Bar# 0052142)
James R. Cummins (Ohio Bar# 0000861)
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
*Attorneys for Plaintiffs*

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 13th day of October, 2004, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

*Attorneys for Defendant Kathryn Jean Fauley, M.D.:*

Gayle E. Arnold
Maryellen C. Spirito
ARNOLD, TODARO & WELCH
115 West Main Street, Suite 200
Columbia, OH 43215-5085
Phone: (614) 224-1800
Fax: (614) 224-2744

*Attorneys for Defendant Mary A. Haneberg Merling, M.D.:*

Brian D. Goldwasser
REMINGER & REMINGER
7 W. 7th Street, Suite 1990
Cincinnati, OH 45202
Phone: (513) 721-1311
Fax: (513) 721-2553

*Attorneys for Defendant Clinton Memorial Hospital:*

Dee Sheriff-MacDonald
FREUND, FREEZE & ARNOLD
105 E. 4th, Suite 1400
Cincinnati, OH 45202
Phone: (513) 665-3500
Fax: (513) 665-3503

Daniel J. Buckley
VORYS, SATER, SEYMOUR & PEASE
221 East 4th Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 723-4000
Fax: (513) 852-8441

              s/Renee Infante

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com