IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Joyce Rae Fendall, Wilkinson, | : | CASE NO.: C-1-01288 |
| Plaintiff | : | Judge Beckwith<br>Magistrate Sherman |
| vs. | : | |
| Kathryn Jean Fauley, M.D., et al. | : | NOTICE OF FILING DEPOSITION<br>TRANSCRIPTS AND CERTIFICATE |
| Defendants. | : | OF COMPLIANCE |

PLEASE TAKE NOTICE that the Defendant, Clinton Memorial Hospital, in connection with the above-referenced action, herewith is filing an original copy of the deposition transcript of LARRY EGGERT, M.D. which was taken on August 21, 2002, ANN L. ROPP, RN, MS which was taken on October 21, 2002, DEBORAH BURROUGHS, RNC which was taken on October 25, 2002 and PATRICK BARNES, M.D. which was taken on October 30, 2002.

Respectfully submitted,

Dee Sheriff-MacDonald (0025443)
FREUND, FREEZE & ARNOLD
105 E. Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 665-3500 |(513) 618-3922 - Fax
dsheriff@ffalaw.com
Attorney for Def, Clinton Memorial Hospital

- and -

Daniel J. Buckley
VORYS, SATER, SEYMOUR & PEASE
Suite 2100, Atrium Two, 221 East Fourth Street
Cincinnati, OH 45201-0236
djbuckley@vssp.com
Of Counsel for Def, Clinton Memorial Hospital

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing has been sent to the following counsel via regular US Mail on this 21ST day of October, 2004:

**Anne H. Pankratz, Esq.**
**Mark B. Hutton, Esq.**
**Anne M. Hull, Esq.**
**J. Darin Hayes, Esq.**
Attorneys for Plaintiffs
Hutton & Hutton
8100 East 22nd Street North
Building 1200
P.O. Box 638
Wichita, KS  67201-0638

**Stanley Chesley, Esq.**
**James Cummins, Esq.**
**Renee Infanté, Esq.**
**Terrence Lee Goodman, Esq.**
Attorney for Plaintiffs
Waite, Schneider, Bayless & Chesley
1513 Fourth & Vine Tower
Cincinnati, OH  45202

**Gayle E. Arnold, Esq.**
**Maryellen Spirito, Esq.**
Attorney for Defendant Fauley
Arnold & Associates
2075 Marble Cliff Office Park
Columbus, OH  43215

**Brian Goldwasser, Esq.**
Attorney for Defendant Merling
Reminger & Reminger
Federated Building, Suite 1990
7 West Seventh Street, Cincinnati, OH  45202

Dee Sheriff-MacDonald
Daniel J. Buckley

**FREUND, FREEZE & ARNOLD**
A Legal Professional Association