IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOYCE RAE FENDALL WILKINSON, as Personal Representative and Administratrix of the ESTATE of PAUL THOMAS WILKINSON, II, | )<br>)<br>) Case No. C-1-01288 |
| Plaintiffs, | ) Judge Beckwith<br>) Magistrate Black |
| vs. | ) |
| KATHRYN JEAN FAULEY, M.D.; MARY A. HANEBERG MERLING, M.D.; and CLINTON MEMORIAL HOSPITAL, | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S STATEMENT OF FACTS**

COMES NOW plaintiff an submits the following Statement of Facts to be read preliminarily to the jury panel:

**Plaintiff's Statement of Facts**

On August 20, 1994, at approximately 10:20 a.m., after starting labor with her second child, Joyce Wilkinson went to Clinton Memorial Hospital. Dr. Fauley was Joyce Wilkinson's obstetrician. At 3:02 p.m., Dr. Fauley ordered an emergency cesarean section. Defendant Merling, a pediatrician, arrived in the delivery room about 10 to 15 minutes prior to the baby's birth. At 3:28 p.m., the minor plaintiff, Paul Thomas Wilkinson, II, was born. At birth, Paul's heart was not beating. Paul also was not breathing. He was floppy and blue. Paul was immediately handed to Defendant Merling, Dr. Merling was the physician who gave orders to the nursing staff about Paul's care.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22ⁿᵈ St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Dr. Merling knew Paul needed resuscitation or a Code Blue. For twelve minutes after Paul's birth, he did not get enough oxygen. At 3:40 p.m., Dr. Merling finally intubated or put a breathing tube into Paul's lungs. This delay contributed to Paul's injuries.

Shortly after Paul's birth Dr. Merling ordered epinephrine, a drug to "jump start" Paul's heart. Dr. Merling ordered the epinephrine to be given into Paul's muscle instead of into a vein or into his breathing tube. By giving the drug into the baby's muscles, it did not work and there was a delay in getting the baby's heart to start pumping. The delay in getting the Paul's heart to start pumping contributed to his injuries.

Because of the lack of oxygen, Paul was brain damaged, had seizures, and had other serious and irreversible injuries. He lived with a feeding tube and a breathing tube. He could not walk, crawl or even sit up without support. He needed constant care. All of this was due to the lack of oxygen to his brain.

On January 4, 2004, at nine years of age, Paul died from these birth injuries.

Respectfully submitted,

s/Anne H. Pankratz
Anne H. Pankratz (Kansas Bar# 12941)
Mark B. Hutton (Kansas Bar# 10112)
Anne M. Hull (Kansas Bar# 14436)
HUTTON & HUTTON
8100 East 22nd Street North, Building 1200
P.O. Box 638
Wichita, Kansas 67201-0638
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

-and-

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

Stanley M. Chesley (Ohio Bar# 0000852)
Renee Infante (Ohio Bar# 0052142)
James R. Cummins (Ohio Bar# 0000861)
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
Attorneys for Plaintiffs

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of October, 2004, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

*Attorneys for Defendant Mary A. Haneberg Merling, M.D.:*

Brian D. Goldwasser
REMINGER & REMINGER
7 W. 7th Street, Suite 1990
Cincinnati, OH 45202
Phone: (513) 721-1311
Fax:   (513) 721-2553

                                                  s/Renee Infante

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com