UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul T. Wilkinson, II, et al.,
    Plaintiffs

v.                                                                                        Case No. 1:01-cv-288

Dr. Kathryn J. Fauley, et al.,
    Defendants

**ORDER**

       The Court having been advised by the parties that the within action has been settled;

       It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: October 27, 2004                s/Sandra S. Beckwith
                                          Sandra S. Beckwith, Chief Judge
                                          United States District Court