FILED

05 JAN -4 AM 10: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOYCE RAE FENDALL WILKINSON, as Personal Representative and Administratrix of the Estate of PAUL THOMAS WILKINSON, II, | : : : | CASE NO.: C-1:01-288 |
| PLAINTIFF, | : | JUDGE SANDRA BECKWITH |
| VS. | : | MAGISTRATE SHERMAN |
| KATHRYN JEAN FAULEY, M.D., | : | |
| and | : | **ENTRY OF DISMISSAL OF DEFENDANTS, KATHRYN** |
| MARY A. HANEBERG MERLING, M.D., | : | **JEAN FAULEY, M.D. AND CLINTON MEMORIAL** |
| and | : | **HOSPITAL** |
| CLINTON MEMORIAL HOSPITAL, | : | |
| DEFENDANTS. | : | |

Upon request of Plaintiff, and for good cause shown, being that all claims have been resolved, it is ORDERED that Defendants, Kathryn J. Fauley, M.D. and Clinton Memorial Hospital, are hereby dismissed with prejudice and that all claims of Plaintiff against these Defendants are hereby terminated.

Costs paid.

_____
JUDGE SANDRA BECKWITH

/s/ Mark B. Hutton on 12/20/04
Mark B. Hutton
Counsel for Plaintiff
Hutton & Hutton
8100 East 22nd Street North
Building 1200
P.O. Box 638
Wichita, KS 67201-0638

FREUND, FREEZE & ARNOLD
A Legal Professional Association

/s/ Dee Sheriff-MacDonald   (01/03/05)
Dee Sheriff-MacDonald
FREUND, FREEZE & ARNOLD
105 E. Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 665-3500 |(513) 618-3922 - Fax
dsheriff@ffalaw.com
Attorney for Defendant, Clinton
Memorial Hospital


/s/ Gayle E. Arnold (11/23/04)
Gayle Arnold
Attorney for Defendant Fauley
Arnold, Todaro & Welch
2075 Marble Cliff Office Park
Columbus OH 43215

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing has been sent to the following counsel via CMECF/electronic mail or regular US Mail on this _____ day of January, 2005:

| | |
|---|---|
| **Anne H. Pankratz, Esq.** | *via regular mail* |
| **Mark B. Hutton, Esq.** | *via regular mail* |
| **Anne M. Hull, Esq.** | *via regular mail* |
| **J. Darin Hayes, Esq.** | *via regular mail* |

Attorneys for Plaintiffs
Hutton & Hutton
8100 East 22nd Street North
Building 1200
P.O. Box 638
Wichita, KS 67201-0638

| | |
|---|---|
| **Stanley Chesley, Esq.** | *stanchesley@wsbclaw.cc* |
| **James Cummins, Esq.** | *jcummins@wsbclaw.cc* |
| **Renee Infanté, Esq.** | *ReneeInfante@wsbclaw.cc* |
| **Terrence Lee Goodman, Esq.** | *terrygoodman@wsbclaw.cc* |

Attorney for Plaintiffs
Waite, Schneider, Bayless & Chesley
1513 Fourth & Vine Tower
Cincinnati, OH 45202

| | |
|---|---|
| **Gayle E. Arnold, Esq.** | *via regular mail* |
| **Maryellen Spirito, Esq.** | *mspirito@arnoldlaw.com* |

Attorney for Defendant Fauley
Arnold, Todaro & Welch
2075 Marble Cliff Office Park
Columbus OH 43215

| | |
|---|---|
| **Brian Goldwasser, Esq.** | *bgoldwasser@reminger.com* |

Attorney for Defendant Merling
Reminger & Reminger
Federated Building, Suite 1990
7 West Seventh Street, Cincinnati, OH 45202


/s/ Dee Sheriff-MacDonald
Dee Sheriff-MacDonald

FREUND, FREEZE & ARNOLD
A Legal Professional Association